WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
cmiller@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERRI WEAVER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC, a foreign corporation; DOES I through X; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00565-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**<br><br>**(First Request)** |

Plaintiff, Sherri Weaver ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate to extend the time for SPS to respond to Plaintiff's Complaint [ECF No. 1] through and including April 6, 2026. Per Local Rule IA 6-1, this request for an extension is based on the following reasons:

1.    Plaintiff filed the Complaint on February 27, 2026.

2.    Plaintiff served the Complaint on SPS on March 2, 2026, making its response deadline March 23, 2026.

3.    SPS requires additional time to investigate the allegations in Plaintiff's Complaint.

4.    The Parties have agreed that SPS shall have a fourteen-day extension of time to April 6, 2026, to file its responsive pleading.

///

///

5.      This is the Parties' first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 16th day of March, 2026.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Stephanie A. Garabedian, Esq.*
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

LEVERTY & ASSOCIATES LAW CHTD.

*/s/ Patrick R. Leverty, Esq.*
Patrick R. Leverty, Esq.
Nevada Bar No. 8840
3100 W Charleston Blvd., Suite 200
Las Vegas, NV 89102
*Attorneys for Plaintiff, Sherri Weaver*

**IT IS SO ORDERED.**

Dated this 16th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2