WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
cmiller@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERRI WEAVER, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>SELECT PORTFOLIO SERVICING, INC, a foreign corporation; DOES I through X; and ABC CORPORATIONS A-Z; inclusive,<br><br>                    Defendants. | Case No.: 2:26-cv-00565-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**<br><br>**(Second Request)** |

Plaintiff, Sherri Weaver ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate to extend the time for SPS to respond to Plaintiff's Complaint [ECF No. 1] through and including April 20, 2026. Per Local Rule IA 6-1, this request for an extension is based on the following reasons:

1.      Plaintiff filed the Complaint on February 27, 2026.

2.      Plaintiff served the Complaint on SPS on March 2, 2026, which made its original response deadline March 23, 2026.

3.      The Parties stipulated to extend the deadline for SPS to file its responsive pleading to April 6, 2026 [ECF No. 5].

4.      SPS has retained another attorney for representation that will be substituting into the case soon.

5.      The Parties have agreed that SPS shall have a second fourteen-day extension of time to April 20, 2026, to file its responsive pleading.

6.      This is the Parties' second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 6th day of April, 2026.

| WRIGHT, FINLAY & ZAK, LLP | LEVERTY & ASSOCIATES LAW CHTD. |
|---|---|
| */s/ Stephanie A. Garabedian, Esq.* | */s/ Patrick R. Leverty, Esq.* |
| Stephanie Garabedian, Esq. | Patrick R. Leverty, Esq. |
| Nevada Bar No. 9612 | Nevada Bar No. 8840 |
| 8337 W. Sunset Rd., Suite 220 | 3100 W Charleston Blvd., Suite 200 |
| Las Vegas, NV 89113 | Las Vegas, NV 89102 |
| *Attorneys for Defendant, Select Portfolio Servicing, Inc.* | *Attorneys for Plaintiff, Sherri Weaver* |

**IT IS SO ORDERED.**

Dated this 6th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2