Paul R. Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAWLLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for Defendant SELECT
PORTFOLIO SERVICING, INC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHERRI WEAVER, an individual<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., a foreign corporation; DOES I THROUGH X; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | **Case No. 2:26-cv-00565-MND-EJY**<br><br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendant SELECT PORTFOLIO SERVICING, INC. hereby substitutes and appoints Paul R. Hejmanowski, Esq. and Charles H. McCrea, Esq. of the law firm PRHLAW LLC as attorney of record in place of Christina V. Miller and Stephanie A. Garabedian of the law firm Wright, Finlay & Zak, LLP.

DATED: May ·1, 2026                SELECT PORTFOLIO SERVICING, INC.

By: _____

Its:  Bryce Braegger     **COUNSEL**

The law firm of WRIGHT, FINALY & ZAK, LLP hereby consents to the substitution of the law firm of PRHLAW LLC as attorneys for Defendant in the above-entitled action.

DATED: May 1, 2026                    WRIGHT, FINLAY & ZAK , LLP

                                      By:/s/Christina v. Miller
                                      Christina V. Miller (SBN #12448)
                                      Stephanie A. Garabedian (SBN #9612)
                                      8337 W. Sunset Rd., Suite 220
                                      Las Vegas, NV 89113

We are duly admitted to practice in this District and accept the above substitution.

DATED: May 1, 2026                    PRHLAWLLC

                                      By:/s/Charles H. McCrea
                                      Paul R. Hejmanowski, Esq. (SBN #94)
                                      Charles H. McCrea, Esq. (SBN #104)
                                      520 South Fourth Street, Suite 360
                                      Las Vegas, NV 89101

Please check one:  X  RETAINED, or ___ APPOINTED BY THE COURT.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 1, 2026